<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 98-6871**

ROBERT DALE STRICKLER,

Petitioner - Appellant,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge.  (CA-97-23-2)

Submitted:  September 10, 1998      Decided:  September 29, 1998

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Dale Strickler, Appellant Pro Se.  Richard Bain Smith, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Dale Strickler appeals from the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss all save one of Strickler's claims on the reasoning of the district court. <u>Strickler v. Angelone</u>, No. CA-97-23-2 (E.D. Va. May 18, 1998).

As to the remaining claim, we note that Strickler failed to file a specific objection to the magistrate judge's report and recommendation despite receiving warning that such failure could result in waiver of appellate review. The timely filing of objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. <u>See</u> <u>Wright v. Collins</u>, 766 F.2d 841, 845-46 (4th Cir. 1985). <u>See generally</u> <u>Thomas v. Arn</u>, 474 U.S. 140 (1985). Accordingly, we find this claim to be waived.

We thus deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2